IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT BROOKS, JR.,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                      No. 15-cv-1409-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 31, 2016 (Doc. 11), Petitioner's motion is **GRANTED**. Case is **DISMISSED**.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   s/*Caitlin Fischer*
       Deputy Clerk

Dated: March 31, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.03.31
11:59:45 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT